UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:09-CR-14-1 |
| ) | (VARLAN/SHIRLEY) |
| ) | |
| SHABAAKA ORAN AWOLOWO, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This criminal case is before the Court for consideration of the Report and Recommendation (the "R&R") entered by United States Magistrate Judge C. Clifford Shirley on December 14, 2009 [Doc. 58]. Judge Shirley recommended that the Court deny defendant's Motion to Suppress the Fruits of a Traffic Stop [Doc. 50]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 51.

After careful consideration, the Court is in agreement with Judge Shirley's recommendation, which the Court hereby adopts and incorporates into its ruling. Accordingly, defendant's Motion to Suppress the Fruits of a Traffic Stop [Doc. 50] is **DENIED**. The Court **ACCEPTS IN WHOLE** the R&R [Doc. 58].

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE